UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60103-CIV-DIMITROULEAS

JONATHAN LEOPOLDO,

    Plaintiff,

vs.

BROWARD COUNTY, FLORIDA,

    Defendant.

_____/

## ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; GRANTING DEFENDANT'S MOTION TO TAX COSTS

THIS CAUSE is before the Court upon Defendant Broward County, Florida's Motion to Tax Costs, filed August 19, 2024 [DE 63] and the September 24, 2024 Report and Recommendation of Magistrate Judge Patrick M. Hunt (the "Report") [DE 77]. The Court notes that no objections to the Report [DE 77] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    **1.**  The Report [DE 77] is hereby **ADOPTED** and **APPROVED**;

2. Defendant's Motion to Tax Costs [DE 63] is hereby **GRANTED.** Defendant is awarded $2,345.60 in costs.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of October 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record